

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2014

No. 04-14-00488-CV

**IN THE INTEREST OF T.F., A CHILD**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02356
Honorable David A. Canales, Judge Presiding

## O R D E R

Appellant father's brief was due in this accelerated appeal on November 24, 2014. Because no brief was filed, on December 1, 2014, this court rendered an order requiring appellant father to file his brief on or before December 11, 2014. On December 2, 2014, after our order issued, appellant father filed a motion to extend time to file his brief. We **DENY** the motion as moot. Per our December 1, 2014 order, appellant father's brief is due on or before December 11, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2014.

_____
Keith E. Hottle
Clerk of Court